09/27/2021 17:05 FAX

⧖001

FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0390

\* \* \* \* \* \*

| | | |
|---|---|---|
| RANDY LAEDEKE, and, | ) | |
| DARLA PRENN, for | ) | |
| THE ESTATE OF LILA M. LAEDEKE, | ) | ORDER |
| | ) | |
| Plaintiff Appellee, | ) | |
| | ) | |
| -vs- | ) | GRANTING APPELLANT'S |
| | ) | UNOPPOSED MOTION FOR |
| BILLINGS CLINIC, | ) | EXTENSION OF TIME |
| | ) | TO FILE OPENING BRIEF |
| Defendant Appellant. | ) | |

FILED

SEP 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

\* \* \* \* \*

Appellant has filed an unopposed motion for a 30 day extension of time from September 27, 2021 to October 27, 2021 to file Appellant's Opening Brief in the above-entitled case. Appellant's brief is now due September 27, 2021.

IT IS HEREBY ORDERED THAT Appellant's motion for an extension of time is GRANTED AND APPELLANT and shall file and serve his opening brief on or before October 27, 2021.

Dated this _28th_ day of September, 2021.

By